| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **NAACP LEGAL DEFENSE AND** |
| Adam T. Klein | **EDUCATIONAL FUND, INC.** |
| Ossai Miazad | Sherrilyn Ifill |
| Lewis Steel | Samuel Spital |
| Cheryl-Lyn Bentley | 40 Rector Street, 5th Floor |
| Christopher McNerney | New York, New York 10006 |
| 685 Third Avenue, 25th Floor | |
| New York, New York 10017 | Coty Montag* |
| | 1444 I Street NW, 10th Floor |
| *Pro hac vice* motion forthcoming | Washington, DC 20005 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CARNELLA TIMES and ERVING SMITH,
on behalf of themselves and all others
similarly situated, and
THE FORTUNE SOCIETY, INC.,

                    Plaintiffs,

          -against-

TARGET CORPORATION,

                    Defendant.

CIVIL ACTION NO.

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT**

      For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class, Appointment of Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement and in the Declaration of Ossai Miazad in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class, Appointment of Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement

("Miazad Decl."), and the supporting exhibits thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) granting preliminary approval of the Settlement Agreement, attached as **Exhibit A** to the Miazad Decl.;

(2) conditionally certifying the proposed Settlement Class pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3);

(3) appointing Plaintiffs' Counsel as Class Counsel; and

(4) approving the proposed Notice of Class Action Settlement and Claim Form, attached as **Exhibit B** to the Miazad Decl.

*   *   *

Plaintiffs submit a Proposed Order, attached to the Miazad Decl. as **Exhibit C**, for the Court's convenience.

Dated: April 5, 2018
      New York, New York

Respectfully submitted,

By: /s/ Ossai Miazad
**OUTTEN & GOLDEN LLP**
Ossai Miazad
Adam T. Klein
Lewis Steel
Cheryl-Lyn Bentley
Christopher M. McNerney
685 Third Avenue, 25th Floor
New York, New York 10017
Tel.: (212) 245-1000

**NAACP LEGAL DEFENSE FUND**
Sherrilyn Ifill
Samual Spital
40 Rector Street, 5th Floor
New York, New York 10006
Tel.: (212) 965-2200

Coty Montag*
1444 I Street NW, 10th Floor
Washington, DC 20005

**\****Pro hac vice* motion forthcoming

***Attorneys for Plaintiffs and the Putative Settlement Class***