| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Adam T. Klein<br>Ossai Miazad<br>Lewis Steel<br>Christopher M. McNerney<br>685 Third Avenue, 25th Floor<br>New York, New York 10017 | **NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**<br>Sherrilyn Ifill<br>Samuel Spital<br>40 Rector Street, 5th Floor<br>New York, New York 10006<br><br>Coty Montag<br>700 14th Street NW, Suite 600<br>Washington, D.C. 20005 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**CARNELLA TIMES and ERVING SMITH, on behalf of themselves and all others similarly situated, and THE FORTUNE SOCIETY, INC.,**

                **Plaintiffs,**

  v.

**TARGET CORPORATION,**

                **Defendant.**

No. 18 Civ. 2993

---

## NOTICE OF MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Costs, and in the Declarations of Ossai Miazad, Coty Montag, and Lisa Levy in Support of Plaintiffs' Motions for Certification of the Settlement Class and Final Approval of Class Action Settlement, Approval of Attorneys' Fees and Costs, and Approval of Service Award, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order awarding Class Counsel attorneys' fees and costs in the amount of $1,900,000.00.

Dated: October 9, 2019
      New York, New York

Respectfully submitted,

By: */s/ Ossai Miazad*
**OUTTEN & GOLDEN LLP**
Ossai Miazad
Adam T. Klein
Lewis Steel
Christopher M. McNerney
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

**NCAAP LEGAL AND EDUCATIONAL DEFENSE FUND, INC.**
Sherrilyn Ifill
Samuel Spital
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200

Coty Montag
700 14th Street NW, Suite 600
Washington, DC 20005

*Attorneys for Plaintiffs and the Settlement Class*

## CERTIFICATION OF SERVICE

I hereby certify that on **October 9, 2019**, a copy of the foregoing document was filed electronically and service made by certified mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by certified mail for anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Ossai Miazad*
Ossai Miazad