**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARNELLA TIMES and ERVING SMITH, on behalf of themselves and all others similarly situated, and THE FORTUNE SOCIETY, INC., : Plaintiffs, : -against- : TARGET CORPORATION, : Defendant. : | Civil Action No. 18 Civ. 2993 <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 12/4/19 |

**[PROPOSED] ORDER FINALLY APPROVING SETTLEMENT AGREEMENT**

On October 29, 2019, this Court granted Final Approval of the Settlement, conditioned on "this Court being informed by counsel that, by the expiration of the opt-out period for any class members who were belatedly served with notice of the proposed settlement, no such class members stepped forward with any objections to the settlement, or expressed a desire to be heard by the Court as to the settlement agreement's adequacy and fairness." The Court directed Counsel to provide a written update to the Court if any such Class Members wished to be heard and directed the Clerk of Court to keep the case open pending further order of the Court.

Having reviewed Plaintiffs' December 3, 2019 Status Report providing the requested information, *and having reviewed the single additional objection received (Dkt. 58-1),* the Court now FINDS, CONCLUDES, and ORDERS as follows:

The Court's October 29, 2019 Order Conditionally Granting Final Approval of the Class Action Settlement, Approval of Attorneys' Fees and Costs, And Approval of Service Award is adopted herein and Finally Approved. The Clerk of Court is directed to close this matter.

**SO ORDERED:** DATE: 12/4/19

_____
**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**