RECEIVED

AUG 2 8 2020

PRO SE OFFICE

ADC #133705

ISAAC RODRIGUEZ

A.S.P.C.-YUMA

P.O. BOX 8909

SAN LUIS, AZ 85349

Mr. Rodriguez's motion to be excluded from the settlement class is granted. The Clerk of Court is directed to mail a copy of this Order to Mr. Rodriguez at the address shown herein.
Dated: 09/14/2020

SO ORDERED

*Debra Freeman*
DEBRA FREEMAN
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC JUDE RODRIGUEZ, | CASE NO. 1:18-CV-02993 |
| PUTATIVE CLASS PLAINTIFF, | |
| | MEMORANDUM OF LAW |
| V. | IN SUPPORT OF PLAINTIFF'S |
| | MOTION FOR EXCLUSION AS |
| TARGET CORPORATION, | A CLASS MEMBER |
| DEFENDANT. | |

COMES NOW PLAINTIFF, ISAAC RODRIGUEZ MOVES THIS HONORABLE COURT AND RESPECTFULLY REQUEST EXCLUSION AS A PUTATIVE CLASS MEMBER IN THE ABOVE-REFERENCED CAUSE NUMBER. FOR THE REASONS SET FORTH IN THE FOLLOWING MEMORANDUM OF POINTS AND AUTHORITIES, PLAINTIFF REQUEST THAT THE MOTION BE GRANTED.

MEMORANDUM OF POINTS AND AUTHORITIES

I. STATEMENT OF FACTS

A. ON JULY 10, 2018, I RECEIVED A RESPONSE FROM MS. BENTLEY VIA E-MAIL, CLASS COUNSEL WITH OUTTEN & GOLDEN LAW FIRM

1

INFORMING ME THAT THEY ARE NOT AT THE STAGE WHERE THEY ARE SENDING NOTICE AND CLAIM FORMS, AND WOULD LIKE TO SPEAK WITH ME ABOUT MY EXPERIENCE WITH TARGET. (REFER TO EXHIBIT A)

ON AUGUST 14, 2019, I RECEIVED A CORRESPONDENCE FROM MS. BENTLEY VIA U.S. MAIL REGARDING MY POTENTIAL STATUS AS A CLASS MEMBER. MS. BENTLEY STATED SHE HAS QUERIED THE SETTLEMENT ADMINISTRATOR AND WERE ADVISED THAT I WAS NOT A MEMBER OF THE CLASS. (REFER TO EXHIBIT A)

ON DECEMBER 4, 2019, THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK SO ORDERED FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, CONDITIONED ON THE COURT BEING INFORMED BY COUNSEL THAT, BY THE EXPIRATION OF THE OPT-OUT PERIOD FOR ANY CLASS MEMBERS WHO WERE BELATEDLY SERVED WITH NOTICE OF THE PROPOSED SETTLEMENT. (DKT. 59)

ON DECEMBER 26, 2019, THE COURT FILED THE PRO SE MOTION OF ISAAC RODRIGUEZ TO INTERVENE. (DKT. 60)

ON JANUARY 8, 2020, OSSAI MIAZAD, CLASS COUNSEL WITH OUTTEN & GOLDEN LAW FIRM FILED WITH THE COURT AGREEMENT TO INCLUDE MR. RODRIGUEZ AS A CLASS MEMBER. (DKT. 61)

ON JANUARY 16, 2020, THE COURT DENIED THE PRO SE MOTION OF ISAAC RODRIGUEZ TO INTERVENE AS MOOT. (DKT. 62)

ON JANUARY 17, 2020, I RECEIVED A CORRESPONDENCE FROM ALEX MUINO, CLASS COUNSEL WITH OUTTEN & GOLDEN LAW FIRM INFORMING ME THAT THE COURT IN THE TIMES V. TARGET CORP., CASE NO. 1:18-CV-02993-DCF, HAS APPROVED THE PARTIES' DECISION TO INCLUDE ME AS A CLASS MEMBER, AND THAT I WILL BE AUTOMATICALLY INCLUDED AS A GROUP B CLASS MEMBER ELIGIBLE FOR

MONETARY RELIEF DUE TO MY CURRENT INCARCERATION. (REFER TO EXHIBIT A)

On or about June 23, 2020, a check in the amount of $156.86 was sent to my family's residence via U.S. mail from Times v. Target Corp., c/o Rust Consulting Inc. (Refer to Exhibit A)

On July 13, 2020, I sent a correspondence via U.S. mail to Ossai Miazad, class counsel with Outten & Golden law firm informing said counsel of my request to opt-out of the Target Applicant Settlement due to me not provided fair notice of the class action settlement against Target Corporation nor afforded a reasonable opportunity to opt-out of the settlement as a putative class member. Furthermore, I requested class counsel to forward my decision to be excluded from the settlement class to the named defendants and/or their representative attorneys, and also to the court. Additionally, I returned the check, uncashed, enclosed therein. (Refer to Exhibit A)

II. LEGAL AUTHORITIES

Title 28 § 1715, Notifications. (e)(1) Non-compliance if notice not provided. A class member may refuse to comply with and may choose not to be bound by a settlement agreement or consent decree in a class action if the class member demonstrates that the notice required under subsection (b) has not been provided. Fed. R of Judiciary and Judicial Proc.

3

TITLE 28 § 1715. NOTIFICATIONS. (E)(3) APPLICATION OF RIGHTS. THE RIGHTS CREATED BY THIS SUBSECTION SHALL APPLY ONLY TO CLASS MEMBERS OR ANY PERSON ACTING ON CLASS MEMBERS BEHALF AND SHALL NOT BE CONSTRUED TO LIMIT ANY OTHER RIGHTS AFFECTING A CLASS MEMBER'S PARTICIPATION IN A SETTLEMENT. FED. R OF JUDICIARY AND JUDICIAL PROC.

RULE 23 (C) NOTICE TO CLASS MEMBERS. (2) NOTICE. (B)(V) STATES, THAT THE COURT WILL EXCLUDE FROM THE CLASS ANY MEMBER WHO REQUESTS EXCLUSION. FED. R OF CIV. PROC.

RULE 23 (E) SETTLEMENT, VOLUNTARY DISMISSAL, OR COMPRIMISE. (1) STATES, THE COURT MUST DIRECT NOTICE IN A REASONABLE MANNER TO ALL CLASS MEMBERS WHO WOULD BE BOUND BY THE PROPOSAL. FED. R. OF CIV. PROC.

PLAINTIFF RODRIGUEZ CLAIMS, HE WAS NOT PROVIDED FAIR NOTICE OF THE CLASS ACTION SETTLEMENT AGAINST TARGET CORPORATION NOR AFFORDED A REASONABLE OPPORTUNITY TO OPT-OUT OF THE SETTLEMENT AS A PUTATIVE CLASS MEMBER.

CONCLUSION

FOR THE REASONS SET FORTH HEREIN, PLAINTIFF RESPECTFULLY REQUESTS THAT THIS COURT GRANT MOTION TO EXCLUSE AS CLASS MEMBER.

RESPECTFULLY SUBMITTED THIS 24TH DAY OF AUGUST, 2020.

ISAAC RODRIGUEZ

PLAINTIFF PRO SE

4