UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARNELLA TIMES et al.,                          :

                                                :      ORDER
              Plaintiffs,                              18 Civ. 2993 (GWG)
                                                :

    -v.-
                                                :

TARGET CORPORATION                              :

                                                :
              Defendant.
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The defendant shall serve by mail and file its response to putative plaintiff Isaac Rodriguez's motions and filings (Docket ## 66-76) on or before January 10, 2025. Plaintiff may file any reply to that response on or before January 31, 2025.

      The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Plaintiff may make any filing by email by sending it in pdf form to:     ProSe@nysd.uscourts.gov
In the alternative, the filing may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007

      The Clerk is requested to list Isaac Rodriguez as a pro se putative plaintiff on the docket sheet and to mail a copy of this Order and any future Orders to him at the following address:

Isaac Rodriguez
5658 N. 62nd Ave.
Glendale, AZ 85301

      SO ORDERED.

Dated: December 19, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge