Isaac Rodriguez
5658 N. 62nd Ave.
Glendale, AZ 85301
480-934-6963

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC RODRIGUEZ,<br><br>      Putative Class Member,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>      Defendant. | Case No. 1:18-cv-02993<br><br>NOTICE OF APPEAL |

Pursuant to Rule 4(a)(6). Fed. R. of App. Proc., Plaintiff Isaac Rodriguez, hereby appeals to the United States Court of Appeals for the Second Circuit from the order(s) denying: Motion for Reconsideration under Rule 54 entered on December 29, 2025 (Dkt. 90) and the Motion for Relief under Rule 60(b)(1), (b)(3) entered on December 29, 2025 (Dkt. 90), by Hon. Gabriel W. Gorenstein, U.S. Magistrate Judge.

This appeal is taken pursuant to 28 U.S.C. § 636(c)(3), as the parties consented to the jurisdiction of a United States Magistrate Judge to conduct all proceedings and enter final judgment in this matter.

Plaintiff did not receive notice of the December 29, 2025, Order and Final Judgment until January 26, 2026.

Plaintiff appeals from the December 29, 2025, Order and Final Judgment in its entirety, including all adverse rulings, findings, conclusions, and determinations

1

leading thereto.

Respectfully submitted this 28th day of January, 2026.

/s/Isaac Rodriguez

Isaac Rodriguez