UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CARNELLA TIMES, et al.,                          :

                                                 :      ORDER
                        Plaintiffs,

                                                 :      18 Civ. 2993 (GWG)
        -against-

                                                 :

TARGET CORPORATION,

                                                 :
                        Defendant.
--------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

        The motion of former class member Isaac Rodriguez for leave to proceed in forma pauperis on appeal (Docket # 94) is granted.

        SO ORDERED.

Dated: May 6, 2026
       New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge